FILED 21 MAR '25 12:25 USDC-ORP

1  CATHIANNA SNYDER ROSENTHAL (Full Name)
2  WMIRESTORATION@GMAIL.COM (Email Address)
3  713 CR57 (Address Line 1)
4  ABBEVILLE, AL 36310 (Address Line 2)
5  907-388-5747 (Phone Number)
6  Plaintiff in Pro Per

### UNITED STATES DISTRICT COURT
### OREGON, PORTLAND DIVISION

CATHIANNA SNYDER ROSENTHAL PARENT OF PHILIP MATTHEW SNYDER, DECEASED

Plaintiff,

vs.

OFFICER TALLON JOHNSTON of CLACKAMUS COUNTY SHERIFF DEPT.

SHERIFF ANGELA BRADENBURG of CLACKAMUS CO. SHERIFF'S DEPT.

The CLACKAMUS COUNTY SHERIFF'S DEPARTMENT

the COUNTY OF CLACKAMUS, OREGON

Defendant(s).

Case No.: 3:25-CV-484-SB
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

Jury Trial Demanded: ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because A CIVIL ACTION MAY BE BROUGHT IN A DISTRICT WHERE THE EVENTS AND VIOLATIONS OCCURED.

1/1/73

1.
Page Number

## III. PARTIES

3. Plaintiff **CATHIANNA SNYDER ROSENTHAL** resides at:
   *(your full name)*
   **713 CR 57 ABBEVILLE, ALABAMA 36310**
   *(your address)*

   *(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant **OFFICER TALLON JOHNSTON** works at
   *(full name of Defendant)*
   **CLACKAMUS COUNTY SHERIFF'S DEPARTMENT, OREGON**.
   *(Defendant's place of work)*

   Defendant's title or position is **OFFICER**
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☐ individual capacity    ☒ official capacity

   This Defendant was acting under color of law because: **HE RESPONDED TO PHILIP SNYDERS MEDICAL/MENTAL BREAKDOWN/CRISIS MARCH 22, 2023 ACTING FOR CLACKAMUS SHERIFFS DEPT. EXERCISING AUTHORITY, USING RESOURCES, RESPONDING.**

5. Defendant **SHERIFF ANGELA BRADENBURG** works at
   *(full name of Defendant)*
   **CLACKAMUS COUNTY SHERIFF'S DEPARTMENT, OREGON**.
   *(Defendant's place of work)*

   Defendant's title or position is **SHERIFF**
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☐ individual capacity    ☒ official capacity

   This Defendant was acting under color of law because: **SHE IS THE SUPERVISOR/DIRECTOR OFFICIALLY ACTING OVER AND FOR CLACKAMUS COUNTY SHERIFFS DEPT., OR. ENFORCING COUNTY POLICIES, PROCEDURES & PRACTICES.**

   2.
   Page Number

   Civil Rights Complaint Pursuant to U.S.C. § 1983

6. Defendant **CLACKAMUS COUNTY SHERIFF'S DEPARTMENT** works at
   *(full name of Defendant)*

**CLACKAMUS COUNTY SHERIFFS DEPT. CLACKAMUS, OREGON.**
*(Defendant's place of work)*

Defendant's title or position is **ENTIRE SHERIFFS DEPT.**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ☒ official capacity

This Defendant was acting under color of law because **IT IS OFFICIALLY ACTING AS THE SHERIFFS DEPT., CLAIMING AUTHORITY GRANTED BY CLACKAMUS COUNTY AND THE STATE OF OREGON AND THEIR RESOURCES, POLICIES & PROCEDURES**

7. Defendant **the MUNICIPALITY/COUNTY OF CLACKAMUS** works at **OREGON**
   *(full name of Defendant)*

**CLACKAMUS COUNTY, OREGON CITY, OR.**
*(Defendant's place of work)*

Defendant's title or position is **CLACKAMUS COUNTY**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ☒ official capacity

This Defendant was acting under color of law because **IT EXERCISES POWER OR AUTHORITY; AUTHORIZATION THAT IT POSESSES BY VIRTUE OF GOVERNMENTAL POSITION.**

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

8. ON MARCH 22nd, 2023. CLACKAMUS COUNTY SHERIFF'S DEPT. RESPONDED TO A 911 CALL. OFFICER T. JOHNSTON ARRESTED/DETAINED PHILIP SNYDER AND CHARGED HIM WITH "DISORDERLY CONDUCT". IN FACT, PHILIP WAS IN STAGE 4 MENTAL/MEDICAL CRISIS. HE WAS IN NEED OF IMMEDIATE, EXPERT MEDICAL, PSYCHIATRIC INTERVENTION. HE WAS THREATENING

9. DEATH AND SUICIDE, PUBLICALLY IN FRONT OF A TARGET STORE, HAPPY VALLEY, OR. IN FACT, PHILIP SUFFERED FROM T.B.I. (TRAUMATIC BRAIN INJURY) SINCE AGE 14., PLUS MULTIPLE OTHER TRAUMAS. IN FACT, HE HAD DECOMPENSATED TO THE CONDITION THAT HE COULD NO LONGER BE SAFE IN PUBLIC. HE HAD NO SHELTER, NO PHONE, AND WAS ENDANGERED AND ACTING OUT.

10. AND HAD BEEN LISTED AS A MISSING PERSON FOR 3 MONTHS. THE SHERIFF'S DEPT. KNEW HE WAS LISTED AS MISSING AND HAD FOUND HIM FEB. 11th, 2023 IN THEIR COMMUNITY WHERE HE CLAIMED TO LIVE AT A PARK. PHILIP HAD LEFT TENNESSEE TO GO TO THE OREGON COAST TO DO FISHING WORK WITH FRIENDS. HE WOUND UP HOMELESS IN CLACKAMUS COUNTY IN CRISIS, UNABLE TO STABILIZE. WE DON'T KNOW WHAT HAPPENED. 4

Civil Rights Complaint Pursuant to U.S.C. § 1983

11. DUE TO THE PRACTICES, POLICIES, CUSTOMS AND TRAINING/LACK OF TRAINING OF THE CLACKAMUS COUNTY ACTING UNDER COLOR OF LAW, OFFICER JOHNSTON TOOK PHILIP TO JAIL. HE RECEIVED NO MEDICAL/EXPERT INTERVENTION AND WAS RELEASED IN THE SAME ORDER, IN A DAY. PHILIP'S BODY WAS FOUND IN A FIELD/LOT IN HAPPY VALLEY, OR. HE DIED THE DAY

12. OF RELEASE OR THE NEXT DAY ACCORDING TO THE MEDICAL EXAMINER. LOCALS SAW A PERSON WALKING THROUGH THE NEARBY LOT WITH A BLANKET OVER HIS HEAD. THE DASH CAM ARREST FOOTAGE SHOWS PHILIP IN DEEP DISTRESS COVERING HIS HEAD. WITNESSES REPORTED SEEING SEVERAL PEOPLE IN THE FIELD AT THE DEATH SCENE AT NIGHT WITH

13. FLASHLIGHTS. THIS WAS NOT FOLLOWED UP IN INVESTIGATION. THE MEDICAL EXAMINER ESTIMATES CAUSE OF DEATH – FENTANYL. TOXICOLOGY REVEALED IT IN HIS BLOODSTREAM I, PHILIP'S MOTHER, STARTED GATHERING REPORTS ETC. AFTER HIS MEMORIALS. I SPOKE WITH OFFICER JOHNSTON WHO TOLD ME THAT PHILIP WAS THREATENING DEATH ON MAR. 22, 2023 AND THAT HE HAD TAKEN

Civil Rights Complaint Pursuant to U.S.C. § 1983

14. HIM TO THE HOSPITAL, THEN SAID "I'M SORRY" AND HUNG UP THE PHONE. I HAVE WITNESSES. PHILIP WAS ARRESTED MARCH 22, 2023. HE DIED THE DAY OF RELEASE OR THE NEXT. MARCH 23 OR 24, 2023 IN A FIELD OR LOT IN HAPPY VALLEY, OR. THE REPORT STATES TIME OF DEATH UNKNOWN.

OFFICER JOHNSTON LIED TO DECEIVE ME.

15. HE KNOWS HE NEEDED TO TAKE HIM FOR EVALUATION, CARE. I BELIEVED THAT PHILIP HAD GONE TO THE HOSP..AL (WHERE HE WOULD HAVE BEEN TREATED/EVALUATED BY A MEDICAL EXPERT. PHILIP WAS UNSAFE TO HIMSELF AND POTENTIALLY OTHERS. YET PUT BACK OUT ON THE STREETS IN THE COMMUNITY IN THE SAME CRISIS CONDITION.

16. I FLEW INTO PORTLAND, OR ON OCT. 28th, 2024. TO GATHER HOSPITAL INFORMATION ON PHILIP'S TREATMENT/CARE. AND TO VISIT THE SITE OF HIS DEATH. SOMETIME AROUND MIDNIGHT, I CALL CLACKAMUS COUNTY SHERIFFS DEPT. THE LEAD NIGHT CAPTAIN CALLED ME BACK. AFTER SOME CONVERSATION, I ASKED FOR THE NAME OF THE HOSPITAL PHILIP WAS TAKEN TO.

Civil Rights Complaint Pursuant to U.S.C. § 1983

17. HE INFORMED ME THAT PHILIP WAS, IN FACT, NOT TAKEN TO A HOSPITAL BUT TO A JAIL. THE REPORTS SHOW NO MEDICAL/MENTAL INTERVENTION/EVALUATION BY ANY EXPERT. PHILIP WAS RELEASED IN THE SAME CRITICAL CONDITION IN A DAY. A "STAGE FOUR" MEDICAL, MENTAL CRISIS HAD BEEN DISMISSED OR COVERED BY THE LABEL OF DISORDERLY CONDUCT.

18. IN FACT, PHILIP WAS DEPRIVED, UNDER COLOR OF LAW BY THE DEFENDANTS ACTING UNDER COLOR OF LAW, OREGON OF MANY U.S. HUMAN/CITIZEN RIGHTS INCLUDING THOSE PRIVILAGES AND IMMUNITIES PROVIDED BY THE 14th AND 8th AMENDMENTS of the U.S. CONSTITUTION. THIS DEPRIVATION, INJUSTICE, CRUELTY, INDIFFERENCE, FAILURE

19. DENIAL AND ABANDONMENT IS/WAS A DIRECT RESULT OF THE POLICIES, USAGE, CUSTOMS, PRACTICES, TRAINING/LACK, INACTION, ACTION, SUPERVISION/LACK OF THE COUNTY OF CLACKAMUS, OREGON AND THE DEFENDANTS THESE DEPRIVATIONS RESULTED IN THE DEATH OF U.S. CITIZEN, SON, FATHER AND BELOVED PHILIP MATTHEW SNYDER BORN SEPTEMBER 11, 1984.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

A. Plaintiff realleges and incorporates by reference all of the paragraphs above.

B. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

14th AMENDMENT SECT 1: DUE PROCESS
14th AMENDMENT SECT 1: EQUAL PROTECTION
8th AMENDMENT: UNUSUAL PUNISHMENT

C. The above civil right was violated by the following Defendants:

OFFICER TALLON JOHNSTON, SHERIFF ANGELA BRADENBURG, CLACKAMUS COUNTY SHERIFF DEPT. COUNTY/MUNICIPALITY OF CLACKAMUS COUNTY OREGON

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

D. SEE THE FACT SHEET/STATEMENTS
THE DEFENDANTS' CONDUCT, POLICIES, PRACTICES, USAGE, CUSTOMS, TRAINING/LACK OF, SUPERVISION/LACK OF, DISCIPLINARY HISTORY AND HABITS ACTING UNDER THE COLOR OF LAW DEPRIVED PHILIP SNYDER OF HIS CONSTITUTIONAL RIGHTS, PRIVILEGES AND IMMUNITIES

E. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

INJUSTICE, ABANDONMENT, NEGLECT, VIOLATION, DENIAL, CRUELTY, INDIFFERENCE, REFUSAL AND DEATH



Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. COMPENSATION FOR LOSS OF LIFE, EMOTIONAL STRESS AND LOSS OF FAMILY RELATIONSHIPS, LOSS OF POTENTIAL EARNING POWER (HE HAS CHILDREN) FOR A SUM OF TWO MILLION DOLLARS. $2,000,000.00

2. COMPENSATION FOR ATTORNEY FEES AND COURT COSTS, ATTENDANCE COSTS FOR MYSELF (REPRESENTATIVE) AND ALL UPCOMING, ONBOARDING ATTORNEYS

3. PUNITIVE DAMAGES FOR THE COUNTY SHERIFF DEPT OFFICIALS DELIBERATE DECEPTION CONCERNING PHILIPS' "HOSPITAL" CARE, FOR A SUM OF $100,000.00 THIS CAUSED PAIN AND DELAY OF 1.5 YRS.

4. CLACKAMUS COUNTY SHERIFF DEPT AND ALL OTHER COUNTY RECORDS, RELEASE ALL BODY CAM RECORDS TO ME (US). THEY CLAIM IT HAS TO BE SUPOENAED. I ALREADY PAID FOR RECORDS AND CONTINUALLY ASKED FOR ALL.

Dated: MARCH 20, 2025
Sign: Cathianna D. Rosenthal
Print Name: Cathianna Snyder Rosenthal

9.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: MARCH 20th, 2025
Sign: Cathianna Snyder Rosenthal
Print Name: CATHIANNA SNYDER ROSENTHAL

Civil Rights Complaint Pursuant to U.S.C. § 1983